FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

OCT 2 1 2009

U. S. DISTRICT, COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MAURICE BOATMAN

CASE NO. 3:09-cr-320-J-25 MCR
Ct.1:    18 U.S.C. §§ 922(g)(1)
         and 924(e)
Forfeiture: 18 U.S.C. § 924(d) and
            28 U.S.C. § 2461(c)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about August 4, 2009, in Suwannee County, in the Middle District of Florida,

MAURICE BOATMAN,

the defendant herein, did knowingly possess in and affecting commerce, firearms and ammunition, that is,

1.    a FEG, model PA-63, 9 mm pistol, bearing serial number H1707;

2.    a Weihrauch .38 caliber revolver, bearing serial number ST0515; and

3.    one live round of 9 mm ammunition, bearing the headstamp "LVE",

after having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is:

1.    Count One Shooting or Throwing a Deadly Missile Aggravated Battery, Count Two Aggravated Battery With a Firearm, and Count Three Unlawful Possession of a Firearm by a Convicted Felon, in Case Number 97-

36278-A, in the Circuit Court, Eleventh Judicial Circuit, in and for Dade County, Florida, on or about September 29, 1998;

2.    Possession With Intent to Sell or Purchase Cocaine, in Case Number 94-5939, in the Circuit Court, Eleventh Judicial Circuit, in and for Dade County, Florida, on or about June 27, 1994;

3.    Count One Attempted Second Degree Murder and Count Two Unlawful Possession of a Firearm While Engaged in a Criminal Offense, in Case Number 94-7725, in the Circuit Court, Eleventh Judicial Circuit, in and for Dade County, Florida, on or about June 27, 1994;

4.    Possession of a Firearm by a Convicted Felon, in Case Number F02-018443, in the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, on or about May 19, 2003;

5.    Possession of Cocaine, in Case Number F02-014742, in the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, on or about June 7, 2002;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

MAURICE BOATMAN,

2

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

2.    If any of the property described in paragraph 1, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Foreperson

A. BRIAN ALBRITTON
United States Attorney

By:    DINEEN A. BAKER
Assistant United States Attorney

By:    MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

3

# UNITED STATES DISTRICT COURT

### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

### vs.

### MAURICE BOATMAN

## INDICTMENT

Violations:
18 U.S.C. §§ 922(g)(1) and 924(e)

A true bill,

_Foreperson_

Filed in open court this 21st day

of October, A.D. 2008.

_Clerk_

Bail  $_____